UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )   Magistrate Docket No.
                          )
             Plaintiff,   )   '08 MJ 1912
                          )
          v.              )   COMPLAINT FOR VIOLATION OF:
                          )
Angel DE-JESUS-Campos,    )   Title 8, U.S.C., Section 1326
                          )   Deported Alien Found in the
                          )   United States
                          )
             Defendant    )
                          )

The undersigned complainant, being duly sworn, states:

On or about **June 22, 2008** within the Southern District of California, defendant, **Angel DE-JESUS-Campos**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Tomas M. Jimenez
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 23rd DAY OF JUNE, 2008

Louis S. Porter
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Angel DE-JESUS-Campos

## PROBABLE CAUSE STATEMENT

On June 22, 2008, at approximately 1:00 AM, a scope operator observed seven individuals riding north on bicycles in the area commonly known as "Goat's Canyon," which is located approximately 200 yards north of the United States/Mexico International Boundary Fence and 4 miles west of the San Ysidro, California Port of Entry. This area is frequently used by undocumented aliens attempting to further their illegal entry into the United States.

Border Patrol Agent D. Nguyen responded to the area, and after a brief search, found seven individuals attempting to conceal themselves in the dense brush. Agent Nguyen approached the seven individuals, including one later identified as the defendant, **Angel DE-JESUS-Campos**, and identified himself as a Border Patrol Agent and questioned them regarding their citizenship, nationality and immigration documentation. All seven individuals, including the defendant, admitted to having entered the United States without inspection, and that they were citizens and nationals of Mexico. They also stated that they were not in possession of immigration documents that would allow them to enter or remain in the United States legally. At approximately 1:15 AM, Agent Nguyen arrested all seven individuals, including the defendant, and they were transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on May 13, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was given his Miranda rights and he stated that he understood said rights and was willing to answer questions without the presence of his attorney. The defendant stated that he is a citizen and national of Mexico without proper immigration documentation to enter or remain in the United States.